UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASSAULT SYSTEMES SOLIDWORKS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLIED INNOVATION GROUP, INC.,<br><br>    Defendant. | Case No. 22-cv-03572-JD<br><br>**ORDER TO SHOW CAUSE** |

On Thursday, March 28, 2024, at 10:00 a.m., the Court held a status conference at which counsel for defendant, Daniel McKinnon of Ropers Majeski PC, failed to appear, and the absence was unexcused. The conference was set by an order posted to the ECF docket on November 17, 2023, which provided that "[a] status conference is set for March 28, 2024, at 10:00 a.m. in San Francisco, Courtroom 11, 19th Floor, with a joint status report due by March 21, 2024." Dkt. No. 31. Attorney McKinnon signed a joint status report for the conference. Dkt. No. 33. Plaintiff's counsel appeared.

Attorney McKinnon is ordered to show cause in writing why the Court should not impose monetary and/or other sanctions, including professional conduct sanctions, for failing to appear as ordered. The OSC response is due by 5 p.m. California time on April 8, 2024.

**IT IS SO ORDERED.**

Dated: April 1, 2024

JAMES DONATO
United States District Judge